UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS D. BILBUA,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF CALIFORNIA,<br><br>    Respondent. | ) Case No. CV 15-7525 AG(JC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

  Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

  IT IS SO ORDERED.

DATED: October 8, 2015

            _____
            HONORABLE ANDREW J. GUILFORD
            UNITED STATES DISTRICT JUDGE